**Fill in this information to identify the case:**

Debtor name: Continental Wholesale Diamonds LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12-24-18    X  /s/ *[signature]*
                              Signature of individual signing on behalf of debtor

                              **Andrew Meyer**
                              Printed name

                              **Authorized Representative**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Continental Wholesale Diamonds LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RDI Diamonds Inc. 2300 W. Ridge Road, 4th Floor Rochester, NY 14626 | | | | | | $100,000.00 |
| BBY Diamond 48 W. 48th Street, Suite 903 New York, NY 10036 | | | | | | $94,000.00 |
| Malakan Diamond Co. 1354 W. Herdon Avenue Suite 105 Fresno, CA 93711 | | | | | | $65,000.00 |
| Exclusive Diamonds Inc. 48 West 48th Street, Suite 501 New York, NY 10036 | | | | | | $47,849.80 |
| RDI Trading EarStuds USA 740 Samson Street, Suite 304 Philadelphia, PA 19106 | | | | | | $44,994.20 |
| WBAN 1950 Butler Pike, Suite 317 Conshohocken, PA 19428 | | | | | | $34,620.00 |
| White Pine 535 5th Avenue, 11th Floor New York, NY 10017 | | | | | | $32,510.00 |

Debtor **Continental Wholesale Diamonds LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Oro Diamante Jewelry**<br>15 W 47th Street, Suite 410<br>New York, NY 10036 | | | | | | $32,175.42 |
| **Carnation Designs**<br>2W. 46th Street, Suite 1200<br>New York, NY 10036 | | | | | | $28,416.00 |
| **Gems One Corp**<br>16 W. 46th Street, 6th Floor<br>New York, NY 10036 | | | | | | $24,819.50 |
| **A&P Afarin Company**<br>98 Cuttermill Road, Ste. 410<br>Great Neck, NY 11021 | | | | | | $22,377.68 |
| **IJM Inc.**<br>36 W 47th Street, Suite 207-209<br>New York, NY 10036 | | | | | | $18,182.00 |
| **Odelia**<br>82 West Street, Suite 60<br>New York, NY 10036 | | | | | | $16,572.00 |
| **True Romance**<br>619 E. Palisade Avenue<br>Englewood Cliffs, NJ 07632 | | | | | | $9,989.00 |
| **Sanghvi Diamonds LLC**<br>22 W. 48th Street, Suite 202<br>New York, NY 10036 | | | | | | $8,371.00 |
| **Outfront Media**<br>185 U.S. Highway 46<br>Fairfield, NJ 07004 | | | | | | $5,500.00 |
| **Salem Media Group**<br>5211 W. Laurel Street<br>Tampa, FL 33607 | | | | | | $5,176.00 |
| **Sandbert & Sikorski**<br>c/o A Jaffe Inc.<br>592 Fifth Avenue, 3r Floor<br>New York, NY 10036 | | | | | | $4,965.00 |
| **A. Jaffe, Inc.**<br>592 Fifth Avenue<br>3rd Floor<br>New York, NY 10036 | | | | | | $4,965.00 |

Debtor **Continental Wholesale Diamonds LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mr. Bracelet & Jack Baguette**<br>**20 W/ 47tj Street.**<br>**Suite 1003**<br>**New York, NY 10036** | | | | | | **$3,876.33** |